CRAIG E. FARMER (SB# 61086)  (SPACE BELOW FOR FILING STAMP ONLY)
FARMER, MURPHY, SMITH & ALLISTON
3640 American River Drive, Suite 150
Sacramento, CA  95864

Telephone: (916) 484-3500
Fax: (916) 484-3510

Attorneys for PROGRESSIVE CASUALTY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONETTE KUHN,<br><br>          Plaintiff,<br><br>     vs.<br><br>PROGRESSIVE CASUALTY INSURANCE COMPANY,<br><br>          Defendants. | Case No. CIV.S-04-0416 FCD DAD<br><br>**STIPULATION AND AMENDED STATUS (PRETRIAL SCHEDULING) ORDER** |

Whereas the parties have been pursuing mediation and discovery; and whereas the parties have been unable to complete mediation and discovery while awaiting a decision by Plaintiff to select a new counsel; it is hereby agreed by the parties and the Court that good cause is established to extend the following deadlines as set forth below.

The following dates are hereby amended from the Status (Pretrial Scheduling) Order filed on or about June 25, 2004.

1.     The discovery cut-off under Part IV is now extended 75 days to August 29, 2005.

////

////

////

-1-

**STIPULATION AND AMENDED STATUS (PRETRIAL SCHEDULING) ORDER**

2. Under Part VI, all motions, except motions for continuances, temporary restraining orders or other emergency applications, shall be heard no later than October 15, 2005.

DATED: May ____, 2005                    FARMER, MURPHY, SMITH & ALLISTON


By: _____
    Craig E. Farmer

DATED: May ____, 2005                    JONETTE KUHN, IN PRO PER


By: _____
    Jonette Kuhn

ORDER

**The court finds that good cause exists to modify the Pretrial Scheduling Order however, in light of the proposed changes the court shall also reset all other pending deadlines. Accordingly, the close of discovery is now RESET to August 29, 2005. All dispositive motions shall be heard no later than October 21, 2005. The final pretrial conference is RESET to Friday, January 13, 2006 at 1:30 p.m. The joint pretrial statement shall be filed no later than January 6, 2005. The jury trial is RESET to Tuesday, March 21, 2006 at 9:00 a.m.**

    **IT IS SO ORDERED.**

Dated: May 25, 2005

    /s/ Frank C. Damrell Jr.
    Hon. Frank C. Damrell, Jr., Judge
    United States District Court

R:\docs\Progressive Ins\Kuhn v. Progressive Casualty ins\Pleadings\p-Stip and Ameded P-T Scheduling Order.cef.doc

-2-

**STIPULATION AND AMENDED STATUS (PRETRIAL SCHEDULING) ORDER**